UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| JAMES C. SMITH, JR., A/KA<br>JAYMIE DAVIS<br><br>　　　　Plaintiff<br><br>v.<br><br>MAINE DEPARTMENT OF<br>CORRECTIONS, ET AL,<br><br>　　　　Defendants | )<br>)<br>)<br>)<br>)　2:21:-CV-00328-LEW<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER AFFIRMING RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On February 22, 2022, the United States Magistrate Judge filed with the court, with copies to Plaintiff, his Recommended Decision on Plaintiff's Complaint and Motion for Preliminary Injunction. Said copies were returned undeliverable and mailed again on March 22, 2022, to the new address provided by Plaintiff. The time within which to file objections expired on April 5, 2022, and no objections have been filed. The Magistrate Judge notified Plaintiff that failure to object would waive the right to de novo review and appeal.

It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is hereby AFFIRMED and ADOPTED. Plaintiff's complaint is HEREBY DISMISSED and the motion for preliminary injunction is DISMISSED AS MOOT.

**SO ORDERED.**

Dated this 25th day of April, 2022.

　　　　　　　　　　　　　　　　　　　　/s/ Lance E. Walker
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE